**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| KEVIN WELSH, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-01022-CFC |
| | ) |
| v. | ) |
| | ) |
| HERITAGE-CRYSTAL CLEAN, INC., | ) |
| BRIAN RECATTO, FRED FEHSENFELD, | ) |
| JR., CHARLES E. SCHALLIOL, ROBERT W. | ) JURY TRIAL DEMANDED |
| WILLMSCHEN, JR., JIM SCHUMACHER, | ) |
| BRUCE BRUCKMANN, and MARY PAT | ) |
| THOMPSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  October 15, 2023            **LONG LAW, LLC**

                                       By:   */s/ Brian D. Long*
                                                Brian D. Long (#4347)3
                                                3828 Kennett Pike, Suite 208
                                                Wilmington, DE 19807
                                                Telephone: (302) 729-9100
                                                Email: BDLong@longlawde.com

                                                *Attorneys for Plaintiff*